# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: May 28, 2013

Official Caption[1]

2013-1325

NOVOZYMES A/S and NOVOZYMES NORTH AMERICA, INC.,

Plaintiffs-Appellants,

v.

DUPONT NUTRITION BIOSCIENCES APS,
GENENCOR INTERNATIONAL WISCONSIN, INC.,
DANISCO US INC., and DANISCO USA INC.,

Defendants-Appellees.

Appeal from the United States District Court for the Western District of Wisconsin in No. 10-CV-0251, Senior Judge Barbara B. Crabb.

Authorized Abbreviated Caption[2]

NOVOZYMES A/S V DUPONT NUTRITION BIOSCIENCES APS, 2013-1325

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.