NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NOVOZYMES A/S AND NOVOZYMES NORTH AMERICA, INC.,**
*Plaintiffs-Appellants,*

v.

**DUPONT NUTRITION BIOSCIENCES APS, GENENCOR INTERNATIONAL WISCONSIN, INC., DANISCO US INC., AND DANISCO USA INC.,**
*Defendants-Appellees.*

---

2013-1325

---

Appeal from the United States District Court for the Western District of Wisconsin in No. 10-CV-0251, Senior-Judge Barbara B. Crabb.

---

**ON MOTION**

---

**O R D E R**

The court construes appellants' November 13, 2013 response as an unopposed motion to lift the stay of proceedings and set the briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The stay is lifted.

(2) Appellants' initial brief is due January 13, 2014. Appellees' response brief is due March 3, 2014. Appellants' reply brief is due March 31, 2014. The joint appendix is due April 7, 2014.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26